

**Joseph W. Carbonaro, Esq.**
757 Third Avenue, 20th Floor
New York, NY 10017
T 212-888-5200
F 212-898-0394
E joe@jcarbonarolaw.com

November 29, 2021

Hon. John G. Koeltl
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. New York, NY 10007-1312

Re: *Simon J. Burchett Photography, Inc. v. Unity Import & Export, LLC*, 21-cv-7257 (JGK)

Your Honor:

This office is counsel to the Defendant, Unity Import & Export, LLC. At Plaintiff's request, the Court granted a pre-motion conference which is scheduled for tomorrow, November 30, 2021 at 4:00 PM. I write to advise the Court that I am required to appear for an evidentiary hearing (virtually) before Justice Cogan in the matter of Brainwave Science Inc. v. Arshee, Inc. et al, 21-cv-4402 (BMC) (EDNY) at 2:00 PM. I expect this proceeding to take approximately two to three hours since it not only includes testimony but oral argument as well. I ask that the Court re-schedule the pre-motion conference for any other date this week at a time convenient to the Court and Plaintiff's counsel. Thank you for your consideration of this request.

Very truly yours,

Joseph W. Carbonaro

cc: Richard Garbarini, Esq. via ECF

ADJOURNED TO THURSDAY, DECEMBER 2, 2021, AT 2:30PM.

SO ORDERED.

/s/ JGK USDJ
11/30/21