UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIMON J. BURCHETT PHOTOGRAPHY, INC.,
                     Plaintiff,          21-cv-7257 (JGK)

        - against -                  ORDER

UNITY IMPORT & EXPERT, LLC,
                     Defendant.

---

JOHN G. KOELTL, District Judge:

    The time for the defendant to answer the Amended Complaint is extended to **December 12, 2021**. The parties should file a Rule 26(f) Report by **January 1, 2022**. The plaintiff's request to file a motion for a default judgment is **denied**. The defendant's motion to dismiss for lack of jurisdiction is **denied** as moot. The Clerk is directed to close Docket No. 12.

SO ORDERED.
Dated:    New York, New York
            December 2, 2021

                                              John G. Koeltl
                                      United States District Judge