```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

SIMON J. BURCHETT PHOTOGRAPHY,
INC.,                                              21-cv-7257 (JGK)
            Plaintiff,
                                                   ORDER
   - against -

UNITY IMPORT & EXPORT, LLC,
            Defendant.

---

JOHN G. KOELTL, District Judge:

The Court directed the parties to file a Rule 26(f) report by January 1, 2022. The deadline to file a Rule 26(f) report is extended to **April 22, 2022**. If the parties do not file a Rule 26(f) report, the case may be dismissed for failure to prosecute.

SO ORDERED.
Dated:   New York, New York
        April 11, 2022

                                              John G. Koeltl
                                       United States District Judge